# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PREMIER CAJUN KINGS, LLC, | ) | CHAPTER 11 |
| | ) | CASE NO. 23-00656-DSC11 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Charles N. Parnell, III, and files herewith this entry of appearance on behalf of Auburn Bank, a creditor in this case. The undersigned requests that the Clerk of Court enter his name and address to the mailing matrix and provide copies of all further notices, pleadings as well as other matters of record to the undersigned.

        Respectfully submitted,

        PARNELL & PARNELL, P.A.


        /s/ Charles N. Parnell, III
        By:    CHARLES N. PARNELL, III
        Attorney for Auburn Bank

OF COUNSEL:
PARNELL & PARNELL, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
E-mail: bkrp@parnellsoutheast.com
(334) 832-4200

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing notice to the following parties, this the 15th day of March, 2023.

Hon. Morgan L. Allred
Hon. Eric T. Ray
Hon. Jesse S. Vogtle, Jr.
HOLLAND & KNIGHT LLP
Attorneys for Defendant
1901 6th Avenue No., Suite 1400
Birmingham, AL 35203

        /s/ Charles N. Parnell, III
        CHARLES N. PARNELL, III