# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: <br><br> PREMIER CAJUN KINGS, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-00656-DSC11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned attorney appears on behalf of Popeyes Louisiana Kitchen, Inc. (the "**Creditor**"). The undersigned submits this *Notice of Appearance and Request for Service* and requests notice of all hearings and conferences and service of all papers herein including all papers and notices pursuant to FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 3017, 9007, and 9010, 11 U.S.C. § 342 (if applicable), and any and all related sections of the Bankruptcy Code. All notices and papers in this case shall be served upon the following:

> Catherine T. Via
> **BURR & FORMAN LLP**
> 420 North 20th Street, Suite 3400
> Birmingham, AL 35203
> Tel: (205) 251-3000 / Fax: (205) 458-5100
> Email: cturner@burr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation: the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and howsoever transmitted or filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge

50478544 v1

(as those terms are defined in Bankruptcy Rule 9001) in connection with this case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service* shall not be deemed or construed to be a waiver of the rights of the Creditor (i) to have final orders in any non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: March 16, 2023.

                                                   Respectfully submitted,

*/s/ Catherine T. Via*
Derek F. Meek
Catherine T. Via
BURR & FORMAN LLP
420 N 20th Street, Suite 3400
Birmingham, Alabama 35203
Phone: (205) 251-3000
Fax: (205) 458-5100
Email: dmeek@burr.com
           cturner@burr.com

*Counsel for Popeyes Louisiana Kitchen, Inc.*

# CERTIFICATE OF SERVICE

   I hereby certify that on this 16th day of March, 2023, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties requesting electronic service.

                  */s/ Catherine T. Via*
                  OF COUNSEL