# UNITED STATES BANKRUPTCY COURT
# NORTHERN DIVISION OF ALABAMA

| | |
|---|---|
| IN RE: )<br>    PREMIER CAJUN KINGS, LLC, )<br>)<br>DEBTOR-IN-POSSESSION. )<br>)<br>) | CASE NO:   23-00656-DSC11<br>CHAPTER:  11 |

## NOTICE OF APPEARANCE

**COMES NOW** Creditor, Kemco Facilities Services, LLC, by and through the undersigned counsel, and requests that, without limitation, all applications, complaints, demands, motions, notices, orders, papers, petitions, pleadings, requests and any other document brought before this Court in this matter, whether formal or informal, written or oral, including those items transmitted by electronic means, facsimile, hand-delivery or mail, be served upon the undersigned counsel at the address below:

    Anthony B. Bush
    The Bush Law Firm, LLC
    Parliament Place Professional Center
    3198 Parliament Circle 302
    Montgomery, Alabama 36116

**RESPECTFULLY SUBMITTED** on this March 16, 2023.

                                        /s/ Anthony B. Bush
                                        Anthony Brian Bush

OF COUNSEL:
The Bush Law Firm, LLC
Counsel for Kemco Facilities Services, LLC
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, AL 36116
Phone:       (334) 263-7733
Facsimile:    (334) 832-4390
Email: anthonybbush@yahoo.com
       abush@bushlegalfirm.com

# CERTIFICATE OF SERVICE

   I hereby certify that, on this March 16, 2023, I served a true and correct copy of the above document as follows:

By CM/ECF:   All parties of record receiving electronic notice

By fax or email:  N/A

By first class mail, postage prepaid and properly addressed:

     All creditors not otherwise receiving electronic notice in matrix

            /s/ Anthony B. Bush
            Of Counsel