UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE    +

+    Case No. 23-00656

PREMIER CAJUN KINGS, LLC    +

    Debtor    +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents MARKOU REVOCABLE TRUST, landlord, in this cause and requests notice.

Respectfully submitted,

**/s/   Larry Darby**
**Larry E. Darby (DAR009)**
**Attorney for Creditor**
**Darby Law Firm, LLC**
**Post Office Box 3905**
**Montgomery, Alabama 36109**
**Tel 334.356.3593 Fax 334.356.6392**
**Bankruptcy@AlabamaEvictions.com**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2023, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties requesting electronic service.

**/s/   Larry Darby**
**Larry E. Darby**