# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 23-00656-DSC11 |
| PREMIER CAJUN KINGS, LLC ) | CHAPTER: 11 |
| ) | |
| DEBTOR. ) | |

## FALLBROOK MHP, LLC'S MOTION FOR RELIEF FROM STAY

FALLBROOK MHP, LLC ("Landlord"), out of an abundance of caution and pursuant to 11 U.S.C. §§ 362(b)(10) and 541(b)(2) of 11 U.S.C §§ 101 et seq. ("the Bankruptcy Code") moves this Court for relief from the automatic stay, if any such stay is in effect, to permit Landlord to request and execute on a writ of possession against its former tenant Debtor Premier Cajun Kings, LLC ("Debtor") from the nonresidential real property located at 2203 Moody Pkwy, Leeds, AL 35004 (the "Premises"). In support of this Motion, Landlord relies on the record, the Affidavit of Brad Dunn in Support of Fallbrook MHP, LLC's Motion for Relief from Stay attached hereto as Exhibit 1 (the "Dunn Affidavit"), and further states to wit:

## I.  JURISDICTIONAL INFORMATION.

1. On March 14, 2023 (the "Petition Date"), Debtor Premier Cajun Kings, LLC ("Debtor") commenced this case, filing for bankruptcy protection under Chapter 11 of the Bankruptcy Code. [Doc. 1].

2. This Court has jurisdiction over this Motion pursuant to the Bankruptcy Code and 28 U.S.C. § 157(b)(2)(A) and (G). Venue of the Debtor's Chapter 11 case and this Motion in this district is proper pursuant to 28 U.S.C § 1409. The statutory predicate for the relief requested herein is Bankruptcy Code § 362.

1

## II. FACTS.

3. On or before February 13, 2019, Landlord and Debtor executed that certain lease (the "Lease") for certain non-residential real property more specifically identified in the Lease (the "Premises"). (Dunn Aff. ¶ 2.) A true and correct copy of that lease is appended hereto as Exhibit "A".

4. Subsequently, Debtor defaulted on its obligations to pay rent due to Landlord under the terms of the Lease. (Dunn Aff. ¶ 3 and 4.)

5. On or about December 15, 2022, counsel for Landlord informed Debtor that it has elected to terminate the Lease as a result of Debtor's default under the Lease, and demanded that Debtor surrender possession of the Premises and pay all rent and other charges. (Dunn Aff. ¶ 3 and 4). A true and correct copy of that letter is appended hereto as Exhibit "B".

6. On January 10, 2023, Landlord filed an unlawful detainer complaint against the Debtor in the District Court of St. Clair County, Alabama (the "District Court"), Case No. 75-DV-2023-900014 (the "Unlawful Detainer") seeking possession only. (Dunn Aff. ¶ 5.) On or about March 1, 2023, the District Court entered a judgment for possession in favor of Landlord. A true and correct copy of the Order is appended hereto as Exhibit "C".

7. As of today's date, Debtor still has not vacated premises. Just day prior to the filing date, Landlord filed in the District Court for an application for a writ of possession. A true and correct copy of the application for possession is appended hereto as Exhibit "D".

8. Landlord contends that the automatic stay does not prohibit Landlord from executing on the Default Judgment for Possession only. However, out of an abundance of caution, Landlord seeks relief from the automatic stay to execute on the Judgment and to regain possession of the Premises.

2

## III. LEGAL SUPPORT.

9. Bankruptcy Code § 362(a)(2) provides that the filing of a bankruptcy petition "operates as a stay, applicable to all entities, of... the enforcement, against the debtor or against property of the estate, of a judgment obtained before commencement of the case under this title..." 11 U.S.C. § 362(a)(2).

10. Bankruptcy Code § 365(c)(3) provides that "...[t]he trustee may not assume or assign any executory contract or unexpired lease of the debtor, whether or not such contract or lease prohibits or restricts assignment of rights or delegation of duties, if... [s]uch lease is of nonresidential real property and has been terminated under applicable non-bankruptcy law prior to the order for relief." 11 U.S.C. § 365(c)(3).

11. Because the Lease itself (and not simply Debtor's right to possession of the Premises) was terminated before the Petition Date, the Lease does not constitute property of the estate and therefore the automatic stay does not apply.[1] See *In re Moore*, 290 B.R. 851, 909 (Bankr. N.D Ala. 2003; *In re Western Healthcare, LLC*, 2010 WL 5300939, *3 (Bankr. N.D. Ala. 2010).

12. Additionally, Bankruptcy Code § 365(b)(10) further clarifies Bankruptcy Code § 365(a)(1) and provide that there is no stay in effect as to "any act by a lessor to the debtor under a lease of nonresidential real property that has terminated by the expiration of the stated terms of the lease before the commenced of or during a case under this title to obtain possession of such property." Accordingly, even if the Lease was property of the estate, there would be no stay in effect against Landlord's action to regain possession of the Premises. See *Western Healthcare, LLC*, 2010 WL 5300939 at *3.

---

[1] *In re Morgan*, 181 B.R. 579 (Bankr. N.D. Ala. 1994) involved a residential lease and may be inapplicable but the lease was terminated pre-petition.

3

13. Prior to the Petition Date, the Lease had been terminated. Accordingly, Bankruptcy Code §§ 365(b)(10) and 541(b)(2) specifically provide that the automatic stay does not apply to the Landlord's attempts to obtain possession of the Premises for the Lease.

14. Out of an abundance of caution, however, Landlord seeks relief from the automatic stay to execute on the Default Judgment by obtaining a writ of possession for the Premises.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that this Court issue an Order granting Fallbrook MHP, LLC relief from the automatic stay so that it can execute a writ of possession on the Premises by entry of an order in substantially the same form as the proposed order attached hereto as Exhibit "2", including a waiver of the stay established by Rule of Bankruptcy Procedure 4001(a)(3), and that Fallbrook MHP, LLC be granted such other and further relief as this Court deems just and appropriate.

                                                                           By: /s/ E.B. Harrison Willis
                                                                              E.B. Harrison Willis (WIL305)
                                                                              Attorney for FALLBROOK MHP, LLC

**Of Counsel:**
Cloud, Willis & Ellis, LLC
61 St Joseph Street, Suite 800
Mobile, AL 36602
(251) 545-4844
(205) 322-6060; ext. 104
hwillis@cloudwillis.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion was served upon the following via electronic means or by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to insure delivery, addressed as follows:

Per the attached mailing matrix And the below listed

| | |
|---|---|
| Office of the Bankruptcy Administrator<br>c/o Jon Dudeck, Esq.,<br>1800 Fifth Avenue North<br>Birmingham, AL 35203<br>jon_dudeck@alnba.uscourts.gov | Rachel L. Webber<br>Assistant U.S. Bankruptcy Administrator<br>2005 University Blvd., Room 1300<br>Tuscaloosa, AL 35401<br>rachel_webber@alnba.uscourts.gov |
| Debtor<br>c/o Aurora Management Partners<br>112 South Tryon Street, Suite 1770<br>Charlotte, NC 28284<br>Attention David Baker, CRO<br>dbaker@auroramp.com | Holland & Knight LLP<br>1901 Sixth Avenue N, Suite 1400<br>Birmingham, Alabama 35203<br>Jesse S. Vogtle, Jr. - jesse.vogtle@hklaw.com<br>Eric T. Ray - etray@hklaw.com |
| Cole Schotz PC<br>300 East Lombard Street, Suite 1111<br>Baltimore, MD 21202<br>Gary H. Leibowitz - gleibowitz@coleschotz.com<br>Irving E. Walker - iwalker@coleschotz.com<br>H.C. Jones - hjones@coleschotz.com | Counsel for unsecured creditors' committee<br>Robert Andrew Yarbro<br>CHRISTIAN & SMALL LLP<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203<br>Bill Bensinger - bdbensinger@csattorneys.com<br>Daniel Sparks - ddsparks@csattorneys.com<br>Robert Yarbro - ray@csattorneys.com |
| counsel to PNC:<br>Blank Rome LLP<br>One Logan Square<br>130 N 18th Street<br>Philadelphia, PA 19103<br>John E.. Lucian – john.lucian@blankrome.com | counsel to AIM Associates Capital Group, LLC<br>Levine Kellogg Lehman Schneider Grossman LLP<br>Miami Tower, 100 SE 2nd Street<br>36th Floor, Miami, FL 33131<br>Thomas Lehman – trl@lklsg.com |
| counsel to Popeyes<br>Venable LLP<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131<br>Paul J. Battista – pjbattista@venable.com<br>Glenn D. Moses – gmoses@venable.com | Burr Forman LLP<br>420 N 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Derek Meek – dmeek@burr.com |

Done this 3rd day of April, 2023.

By: /s/ E.B. Harrison Willis
E.B. Harrison Willis (WIL305)
Attorney for FALLBROOK MHP, LLC

5

Label Matrix for local noticing
1126-2
Case 23-00656-DSC11
NORTHERN DISTRICT OF ALABAMA
Birmingham
Mon Apr  3 14:09:16 CDT 2023

ALABAMA POWER COMPANY
600 NORTH 18TH STREET
BIRMINGHAM, AL 35203-2200

Auburn Bank
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Comit Investment Group
1070 Montevallo Road SW
Birmingham, AL 35211-4426

FallBrook MHP, LLC
Attn: Brad Dunn
26895Aliso Creek Road
B876
Aliso Viejo, CA 92656-5301

Hendon & Huckestein Architects, PC
Attn: Erik N. Hendon
2126 Morris Avenue
Birmingham, AL 35203-4210

G.I.L. Enterprises, Inc.
Attn: Charles Warren
1836 Polo Court
Hoover, AL 35226-3363

Kemco Facilities Services, LLC
5750 Bell Circle
Montgomery, AL 36116-4132

Markou Revocable Trust
C/O Darby Law Firm LLC
PO Box 3905
Montgomery, Al 36109-0905

PNC Bank, National Association
c/o Jayna Lamar
Maynard Cooper & Gale, P.C.
1901 6th Ave N, Suite1700
Birmingham, AL 35203-2629

PeoplesSouth Bank
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Popeyes Louisiana Kitchen, Inc.
c//o Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203-3284

Premier Cajun Kings, LLC
7078 Peachtree Industrial Blvd #800
Peachtree Corners, GA 30071-1068

River Bank & Trust
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

AT and T
PO Box 5076
Carol Stream  IL 60197-5076

Alabama Dept of Trans SE REG
PO Box Office 8008
Montgomery AL 36110-0008

Alabama Lawn Masters
PO Box 1648
Huntsville AL 35807-0648

Alabama Power
PO Box 242
Birmingham AL 35292-0001

Amanda Scott CPA Morgan County
Revenue Commissioner
PO Box 696
Decatur  AL 35602-0696

Andalusia Utilities
PO Box 790
Andalusia  AL 36420-1215

BB and T PCK Credit Cards
Attn John Saylor
3201 Beechleaf Court 4th Floor
Raleigh  NC 27604-0014

BB and T PKGA Credit Card
Attn John Saylor
3201 Beechleaf Court 4th Floor
Raleigh  NC 27604-0014

BB and T PKI Credit Cards
Attn John Saylor
3201 Beechleaf Court 4th Floor
Raleigh  NC 27604-0014

BB and T Vantage
Attn John Saylor
3201 Beechleaf Court 4th Floor
Raleigh  NC 27604-0014

BECO Investments LLC
Attn Berj Barsoum
14 Sandrick Road
Belmont  MA 02478-4628

Best Beverage Service
7560 Owl Creek Drive
Douglasville GA 30134-1001

Billy Hammock Rev Commissioner
200 S Court St
Florence  AL 35630-5642

Birmingham Lock and Safe Inc
PO Box 611315
Birmingham  AL 35261-1315

Brendle Inc Fire and Safety Equipt
433 N Decatur St
PO Box 1868
Montgomery  AL 36102-1868

| | | |
|---|---|---|
| Brinks Incorporated<br>PO Box 101031<br>Atlanta GA 30392-1031 | CBRE Inc Valuation and<br>Advisory Serv<br>PO Box 281620<br>Atlanta GA 30384-1620 | CDI Customized Distribution<br>PO Box 87618<br>Chicago IL 60680-0618 |
| Charter<br>PO Box 94188<br>Palatine IL 60094-4188 | Charter Communications Brighthouse<br>PO Box 7195<br>Pasadena CA 91109-7195 | City of Fayetteville Property<br>Tax Office<br>110 Elk Ave S<br>Fayetteville TN 37334-3070 |
| City of Jasper Revenue Dept<br>PO Box 1669<br>Jasper AL 35502-1669 | Coca Cola North America<br>PO Box 102703<br>Atlanta GA 30368-2703 | Colonial Life<br>PO Box 903<br>Columbia SC 29202-0903 |
| CTiQ ACH<br>PO Box 269078<br>Oklahoma City OK 73126-9078 | Dekalb Cherokee Counties<br>Gas District<br>1405 Gault Ave S<br>Fort Payne AL 35967-4837 | Department of Labor<br>649 Monroe St<br>Montgomery AL 36131-0099 |
| Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35203 | Desired Temp Service<br>Contractors Inc<br>PO Box 268<br>Bessemer AL 35021-0268 | Diaz Brothers Plumbing Services LLC<br>5361 Rockwood Court<br>Stone Mountain GA 30087-3747 |
| Dixie Electric Cooperative<br>PO Box 2153<br>Birmingham AL 35287-0002 | Domit Investment Group LLC<br>Raymond MiltonCo Rep Mari Watkins<br>Property Mgr 104 Oxmoor Rd Ste 144<br>Birmingham AL 35209-5937 | Don Armstrong Property Tax Comm<br>PO Box 1298<br>Columbiana AL 35051-1298 |
| Dynamic Media ACH<br>38283 Mound Road<br>Sterling Heights MI 48310-3466 | Ecolab Inc<br>PO Box 32027<br>New York NY 10087-2027 | Ecolab Pest Elimination<br>26252 Network Place<br>Chicago IL 60673-1262 |
| Eric Burks Asst Tax Collector<br>PO Box 1190<br>Bessemer AL 35021-1190 | FC Enterprises<br>2199 Glenmore Lane<br>Snellville GA 30078-5611 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| FallBrook MHP LLC<br>Attn Brad Dunn<br>26895 Aliso Creek Road B876<br>Aliso Viejo CA 92656-5301 | Fayetteville Public Utilities<br>PO Box 120<br>Fayetteville TN 37334-0120 | Floors Taylor Made<br>PO Box 1411<br>Killen AL 35645-1411 |
| Forsyth County Tax Commissioner<br>1092 Tribble Gap Rd<br>Cumming GA 30040-2236 | Fort Payne Improvement Authority<br>PO Box 680617<br>Fort Payne AL 35968-1607 | Fort Payne Water Works Board<br>153 20th Street NE<br>Fort Payne AL 35967-3523 |

| | | |
|---|---|---|
| Franke Foodservice Supply Inc<br>1007 Innovation Way<br>Chicago IL 60682-0080 | GARS Incorporated<br>50 Industrial Pkwy<br>Grayson GA 30017 | Glenda Bowers Reed<br>Attn Robby Reed<br>1606 Glenn Blvd SW<br>Fort Payne AL 35968-3522 |
| Guardian<br>PO Box 677458<br>Dallas TX 75267-7458 | H&K International<br>PO Box 180729<br>Dallas TX 75218-0729 | HRGEMS Inc<br>PO Box 110550<br>Naples FL 34108-0110 |
| Headley Plumbing Co Inc<br>1520 Main Street<br>Millbrook AL 36054-1820 | Hendon and Huckestein<br>Architects PC<br>2126 Morris Avenue<br>Birmingham AL 35203-4210 | Hugo Slevin and Michael OReilly<br>711 Grand Ave<br>Suite 265<br>San Rafael CA 94901-3511 |
| (p) IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J I L Enterprises Inc<br>Attn Charles Warren<br>926 Highland Lakes Lane<br>Birmingham AL 35242-6845 |
| JDW Properties II LLC<br>Attn James Wadsworth<br>311 LeJeune Way<br>Homewood AL 35209-4146 | JP Premier Enterprises LLC<br>Estate of Manraj S Sidhu co R Ritchey<br>PO Drawer 4540<br>Montgomery AL 36103-4540 | JT Smallwood Tax Collector<br>716 Richard Arrington JR Blvd N<br>Room 160 Courthouse<br>Birmingham AL 35203-0133 |
| Janet Buskey<br>PO Box 4720<br>Montgomery AL 36103-4720 | Jeff Arnold Jackson Co Revenue<br>PO Box 307<br>Scottsboro AL 35768-0307 | Jerry Guthrie Walker Co Rev Comm<br>1803 3rd Ave<br>Suite 102<br>Jasper AL 35501-5367 |
| Kelly Pettus<br>1994 Underwood Ferry Rd<br>Cordova, AL 35550-5507 | Kellys Foods Inc ACH<br>650 Carter Rd<br>Winter Garden FL 34787-4100 | Kenneth Crowe St Clair<br>Revenue Commissioner<br>1815 Cogswell Ave Suite 205<br>Pell City AL 35125-1643 |
| Leeds Water Works Board<br>PO Box 100<br>Leeds AL 35094-0002 | MPE Services LLC<br>7787 Highway 75<br>Pinson AL 35126-2982 | Markou Revocable Trust<br>25201 Madison Ave<br>Murrieta CA 92562-8954 |
| Marshall DeKalb Electric Cooperative<br>PO Box 724<br>10025 Hwy 168<br>Boaz AL 35957-0724 | Mary Ann Ellison Geneva Co<br>Revenue Commissioner<br>PO Box 326<br>Geneva AL 36340-0326 | Mary Jane Porter Lincoln Co Trustee<br>112 Main Ave S<br>Room 103<br>Fayetteville TN 37334-3032 |
| Michael Johnson Marshall Co<br>Revenue Commissioner<br>424 Blount Ave Suite 124<br>Guntersville AL 35976-1122 | Montgomery Water Works<br>and Sanitary Board<br>PO Box 830692<br>Birmingham AL 35283-0692 | National Tax Credit<br>4076 Paysphere Circle<br>Chicago IL 60674-4076 |

| | | |
|---|---|---|
| Neptune Flood Incorporated<br>PO Box 120562<br>Dept 0562<br>Dallas  TX 75312-0562 | NuCO2<br>PO Box 417902<br>Boston  MA 02241-7902 | Outdoor Link<br>3058 Leeman Ferry Road<br>Huntsville  AL 35801-6521 |
| PNC Bank<br>Attn Becca Purcell<br>140 Madison Avenue<br>New York  NY 10173-1903 | Parsons Lee and Juliano PC<br>Post Office Box 661228<br>Birmingham  AL 35266-1228 | Popeyes<br>Attn Robin Schafer<br>5707 Blue Lagoon Drive<br>Miami  FL 33126-2015 |
| Popeyes Louisiana Kitchen<br>as sublessor Attn Robin Schafer<br>5707 Blue Lagoon Drive<br>Miami  FL 33126-2015 | Premier Holding LLC<br>Estate of Manraj S Sidhu<br>co R Ritchey PO Drawer 4540<br>Montgomery  AL 36103 | Premier Holdings LLC<br>Estate of Manraj S Sidhu<br>co R Ritchey PO Drawer 4540<br>Montgomery  AL 36103 |
| Premier Holdings of Georgia LLC<br>Estate of M Sidhu co R Ritchey<br>3078 Peachtree Ind Blvd Ste 800<br>Peachtree Corners  GA 30071-1068 | Premier Kings Holdings of Alabama LLC<br>Estate of M Sidhu co R Ritchey<br>PO Drawer 4540<br>Montgomery  AL 36103-4540 | Premier Kings Inc<br>David M Baker CRO co Aurora<br>1201 Peachtree St Ste 1570<br>Atlanta  GA 30361-3514 |
| Premier Kings of Georgia Inc<br>David M Baker CRO co Aurora<br>1201 Peachtree St Ste 1570<br>Atlanta  GA 30361-3514 | Premier Kings of North Alabama LLC<br>David M Baker CRO co Aurora<br>1201 Peachtree St Ste 1570<br>Atlanta  GA 30361-3514 | Premium Stationers Inc<br>13841 Roswell Ave<br>Suite J<br>Chino  CA 91710-5467 |
| Pro Kitchen<br>1201 Rosewood Drive<br>Columbia  SC 29201-4703 | Purified Air Services Inc<br>280 Old Clay Street<br>Marietta  GA 30060-2248 | RF Technologies Inc<br>PO Box 142<br>Bethalto  IL 62010-0142 |
| Rodney Pettus License Commissioner<br>PO Box 1059<br>Florence  AL 35631-1059 | Santa Cruz Land and Cattle<br>Company Inc Attn Bill Anderson Treas<br>PO Box 466<br>Santa Cruz  CA 95061-0466 | Sawnee EMC<br>PO Box 2252<br>Birmingham  AL 35246-1204 |
| Scana Energy<br>PO Box 100157<br>Columbia  SC 29202-3157 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shoals MPE Services LLC<br>3311 County Road 47<br>Florence  AL 35630-8933 |
| Sicom Systems Inc<br>PO Box 930157<br>Atlanta  GA 31193-0157 | Spire<br>PO Box 2224<br>Birmingham  AL 35246-0022 | (p)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 |
| Teritech<br>PO Box 14095<br>Reading PA 19612 | Thomas Lee Macon IV Elmore Co<br>Revenue Commissioner<br>PO Box 1147<br>Wetumpka  AL 36092-0020 | Tierce Industrial Services<br>PO Box 680780<br>Prattville  AL 36068-0780 |

| Trimax Properties LLC | Tuskegee UBT Cooperative District | U.S. Securities and Exchange Commission |
|---|---|---|
| Attn Rhodes Russler | Attn Lawrence Haygood Jr | Branch of Reorganization |
| 122 Appleton Lane | 101 Fonville Street | 950 East Paces Ferry Road Ste 900 |
| Madison AL 35756-4161 | Tuskegee AL 36083-2021 | Atlanta, GA 30326-1382 |
| | | |
| United Healthcare | United States Attorney | Valerie Miles Madison Co |
| 3316 Rice Lake Road | Northern District of Alabama | Tax Collector |
| Duluth MN 55811-2950 | 1801 Fourth Avenue North | 1918 N Memorial Parkway |
| | Birmingham, AL 35203-2101 | Huntsville AL 35801-5938 |
| | | |
| Verifone ACH | Viking Cloud Inc | Waste Pro Atlanta |
| 300 South Park Place Blvd | Dept Ch 17101 | PO Box 947245 |
| Clearwater FL 33759-4932 | Palatine IL 60055-7101 | Atlanta GA 30394-7245 |
| | | |
| Courtney K. Stone | Eric T Ray | Gary H. Leibowitz |
| Holland & Knight LLP | Holland & Knight LLP | Cole Schotz P.C. |
| 511 Union Street, Suite 2700 | 1901 Sixth Ave N, Suite 1400 | 300 E. Lombard Street |
| Nashville, TN 37219-1791 | Birmingham, AL 35203-4605 | Suite 1111 |
| | | Baltimore, MD 21202-3232 |
| | | |
| Larry Conrad Jones III | Irving Edward Walker | Jesse S Vogtle Jr |
| Cole Schotz PC | Cole Schotz PC | Holland & Knight LLP |
| 300 East Lombard Street, Suite 1111 | 300 East Lombard Street, Suite 1111 | 1901 Sixth Ave N, Suite 1400 |
| Suite 1111 | Suite 1111 | Birmingham, AL 35203-4605 |
| Baltimore, MD 21202-3232 | Baltimore, MD 21202-3232 | |
| | | |
| Jon A Dudeck | Morgan L Allred | Rachel L. Webber |
| Bankruptcy Administrator-Bham Office | Holland & Knight LLP | Tuscaloosa BA Office |
| 1800 5th Ave N Rm 132 | 1901 6th Avenue North | 2005 University Blvd. |
| Birmingham, AL 35203-2126 | Suite 1400 | Room 1300 |
| | Birmingham, AL 35203-4605 | Tuscaloosa, AL 35401-1526 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| FORD MOTOR CREDIT COMPANY, LLC | IPFS Corporation | State of Alabama Dept of Revenue |
|---|---|---|
| POST OFFICE BOX 62180 | PO Box 730223 | P O Box 320001 |
| COLORADO SPRINGS CO 80962 | Dallas TX 75373 | Montgomery AL 36132 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)AIM Associates Capital Group, LLC | (u)FORD MOTOR CREDIT COMPANY, LLC. | (u)Official Committee of Unsecured Creditors |
|---|---|---|

(u)PNC Bank, N. A.	(u)Popeye's	(u)Renasant Bank

(u)Santa Cruz Land and Cattle Company	(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346	(d)Kemco Facilities Services LLC
5750 Bell Circle
Montgomery  AL  36116-4132

End of Label Matrix
Mailable recipients   137
Bypassed recipients     9
Total                 146