## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | (Chapter 11) |
| PREMIER CAJUN KINGS, LLC,[1] | Case No. 23-00656-DSC |
| Debtor. | |

### NOTICE OF SUPPLEMENTAL LIST OF POTENTIAL EXECUTORY CONTRACTS TO BE ASSUMED AND ASSIGNED WITH CURE AMOUNTS

Premier Cajun Kings, LLC, debtor and debtor in possession (the "**Debtor**"), by its undersigned counsel, hereby files this Supplemental List of Executory Contracts and Leases that May Be Assumed and Assigned with Cure Amounts as part of the proposed sale. The attached list supersedes and replaces the list attached as Exhibit A to Exhibit 3 of the Order Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets and Bid Protections for Stalking Horse Bidder, and Scheduling Auction and Hearing on Approval of Sale [Docket No. 130] (the "**Order**"). For the convenience of interested parties, also attached is a comparison version showing the changes to the list attached to the Order.

Dated: April 18, 2023
Birmingham, Alabama

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are Premier Cajun Kings, LLC (3157). The Debtor's corporate headquarters is located at 7078 Peachtree Industrial Blvd. Suite #800, Peachtree Corners, GA 30071.

/s/ Jesse S. Vogtle, Jr.
Jesse S. Vogtle, Jr.
Eric T. Ray
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5700
Facsimile: (205) 214-8787
Jesse.Vogtle@hklaw.com
etray@hklaw.com

*-and-*

COLE SCHOTZ P.C.
Gary H. Leibowitz
Irving E. Walker
300 East Lombard Street, Suite 1111
Baltimore, MD  21202
(410) 230-0660
(410) 230-0667 (fax)
gleibowitz@coleschotz.com
iwalker@coleschotz.com
hjones@coleschotz.com

*Counsel for Debtor and Debtor-In-Possession*

# LIST OF EXECUTORY CONTRACTS AND LEASES THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE PROPOSED SALE

| Contract/lease | Counterparty | Cure amount (As of 3/31, unless otherwise indicated) |
|---|---|---|
| Store#2502 Bessemer Road, AL | Domit Enterprises | $35,760 |
| Store#7036 Cummings, GA | Popeyes Louisiana Kitchen | $48,803 |
| Store#8849 Roswell, GA | Popeyes Louisiana Kitchen | $73,333 |
| Store#11069 Decatur, AL | Premier Holdings, LLC | $74,609 |
| Store#12864 North Blvd, AL | George K. Markou and Panagiota Markou Revocable Trust | $11,200 |
| Store#12930 Capital Plaza, GA | Premier Holdings, LLC | 35,241 |
| Store#13254 Millbrook, AL | Premier Holdings, LLC | $54,108 |
| Store#13568 Eastchase, AL | Premier Holdings, LLC | $44,641 |
| Store#4815 Finley Blvd, AL | Hugo Slevin & Michael O'Reilly | $35,700 |
| Store#7037 Alpharetta, GA | Popeyes Louisiana Kitchen | $50,134 |
| Store#12866 Gurley, AL | Trimax Properties, LLC | $48,000 |
| Store#4150 Florence, AL | Santa Cruz Land | $54,294 |
| Store#13252 Clanton, AL | JDW Properties II, LLC | $72,500 |
| Store#13255 Andalusia, AL | Premier Holdings, LLC | $8,418 |
| Store#13579 Ft. Payne, AL | Premier Holdings of Georgia, LLC | $21,972 |
| Store#13579 Ft. Payne, AL | Glenda Bowers Reed | $19,998 |
| Store#13116 Shorter, AL | Premier Holdings, LLC | $3,007 |
| Store#13164 Harpersville, AL | Premier Holdings, LLC | $20,228 |
| Store#12865 Wetumpka, AL | Premier Holdings, LLC | ($20,627) |
| Store #13201 Tuskegee, AL | Tuskegee-UBT Cooperative District | $0 |
| Customer#10000108874 | Brinks U.S. Incorporated | $127,726 |
| Customer#010024420 | DTiQ | $0 |
| Business#33413456884 | Fiserv | $0 |
| Store Franchise Agreements | Popeyes Louisiana Kitchen, Inc. | $0 |

# ~~EXHIBIT A~~ LIST OF EXECUTORY CONTRACTS AND LEASES THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE PROPOSED SALE

~~List of Potential Executory Contracts to Be Assumed and Assigned with Cure Amounts~~

| Contract/lease | Counterparty | Cure amount (As of 3/31, unless otherwise indicated) |
|---|---|---|
| Store#2502 Bessemer Road, AL | Domit Enterprises | $35,760 |
| Store#7036 Cummings, GA | Popeyes Louisiana Kitchen | $48,803 |
| Store#8849 Roswell, GA | Popeyes Louisiana Kitchen | $73,333 |
| Store#11069 Decatur, AL | Premier Holdings, LLC | $74,609 |
| ~~Store#12864 North Blvd, AL~~ | ~~Premier Holdings, LLC~~ | ~~$10,435~~ |
| Store#12864 North Blvd, AL | George ~~Markou~~ K. Markou and Panagiota Markou Revocable Trust | $11,200 |
| Store#12930 Capital Plaza, GA | Premier Holdings, LLC | 35,241 |
| Store#13254 Millbrook, AL | Premier Holdings, LLC | $54,108 |
| Store#13568 Eastchase, AL | Premier Holdings, LLC | $44,641 |
| Store#4815 Finley Blvd, AL | Hugo Slevin & Michael O'Reilly | $35,700 |
| Store#7037 Alpharetta, GA | Popeyes Louisiana Kitchen | $50,134 |
| ~~Store#12866 Gurley, AL~~ | ~~Premier Holdings, LLC~~ | ~~$14,657~~ |
| Store#12866 Gurley, AL | Trimax Properties, LLC | $48,000 |
| Store#4150 Florence, AL | Santa Cruz Land | $54,294 |
| Store#13252 Clanton, AL | JDW Properties II, LLC | $72,500 |
| Store#13255 Andalusia, AL | Premier Holdings, LLC | $8,418 |
| Store#13579 Ft. Payne, AL | Premier Holdings of Georgia, LLC | $21,972 |
| Store#13579 Ft. Payne, AL | Glenda Bowers Reed | $19,998 |
| Store#13116 Shorter, AL | Premier Holdings, LLC | $3,007 |
| Store#13164 Harpersville, AL | Premier Holdings, LLC | $20,228 |
| Store#12865 Wetumpka, AL | Premier Holdings, LLC | ($20,627) |
| Store #13201 Tuskegee, AL | Tuskegee-UBT Cooperative District | $0 |
| Customer#10000108874 | Brinks U.S. Incorporated | $127,726 |
| Customer#010024420 | DTiQ | $0 |
| Business#33413456884 | Fiserv | $0 |
| Store Franchise Agreements | Popeyes Louisiana Kitchen, Inc. | $0 |

~~65534/0001-44647311v1 65534/0001-44850896v2 65534/0002-44959455v3~~65534/0001-44925457v1

~~65534/0002-45000050v2~~