# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 23-00656-DSC11 |
| PREMIER CAJUN KINGS, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY TO THE EXTENT OF LIABILITY INSURANCE PROCEEDS

Comes now CLEVELAND SMITH, JR. (hereinafter "SMITH"), through his undersigned attorney and hereby moves this honorable Court, pursuant to the applicable Bankruptcy Rules and the United States Bankruptcy Code, to enter an Order terminating the automatic stay imposed by Section 362 of the United States Bankruptcy Code as the stay applies to Debtors.

As grounds for its Motion, SMITH states as follows:

1. SMITH's claim(s) against the Debtor PREMIER CAJUN KINGS, LLC arose as a result of a slip and fall accident which occurred on November 17, 2020 in Jefferson County, Alabama. The accident occurred while SMITH was an invitee on the premises of Debtor PREMIER CAJUN KINGS, LLC, doing business as Popeye's Louisiana Kitchen located at or about 2239 Bessemer Road, Birmingham, Alabama 35208; This accident occurred before Debtor filed for Chapter 11 protection under the United States Bankruptcy Code.

2. At the time of the accident, Debtor PREMIER CAJUN KINGS, LLC had in full force and effect a policy of liability insurance with Fortegra Specialty Insurance Company.

3. SMITH is seeking proceeds from the liability insurance carrier Fortegra Specialty Insurance Company.

4. SMITH has a lawsuit against the debtor PREMIER CAJUN KINGS, LLC pending in The Circuit Court of Jefferson County, Alabama, Birmingham Division (*Cleveland Smith, Jr. v. Premier Cajun Kings, LLC*, Case No. 01-CV-2022-000248).

5. As of the date of this Motion, SMITH has been placed on notice of the pendency of this Bankruptcy case and the Jefferson County Circuit Court has granted a stay in the matter of the aforementioned case. Accordingly, unless the relief is granted, SMITH cannot proceed in his liability claim against the Debtor.

6. SMITH is requesting a relief from stay to proceed in the Jefferson County Circuit Court (Civil Action No. 01-CV-2022-000248) against the Debtor to the extent of the debtor's insurance coverage only. Further, SMITH will not file any amended claims against Debtor for an amount in excess of applicable insurance policy limits or for any amount of a deductible that apply strictly to Debtor arising from a judgment entered by the Jefferson County Circuit Court.

WHEREFORE, SMITH requests that this Court enter an Order terminating the automatic stay imposed by Section 362 of the United States Bankruptcy Code and that SMITH be granted leave to proceed in his claim filed in the Jefferson County Circuit Court to the extent of all available and applicable insurance coverage.

Respectfully submitted this the 3rd day of July, 2023.

JONATHAN W. COONER  
3626 CLAIRMONT AVENUE  
BIRMINGHAM, ALABAMA 35222  
(205) 983-8156

BY: /S/ Jonathan W. Cooner  
JONATHAN W. COONER  
*Attorney for Cleveland Smith*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion was served upon the following via electronic means or by mailing the same by U.S. mail, postage prepaid, addressed as follows:

Jesse s. Vogtle, Jr., Esq.
Eric T. Ray, Esq.
HOLLAND & KNIGHT, LLP
1901 Sixth Avenue N., Suite 1400
Birmingham, AL 35203
(p) 205-214-6382
Jesse.vogtle@hklaw.com
Etray@hklaw.como
*Attorneys for Debtor*

Paul J. DeMarco, Esq.
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Ste 300
Birmingham, AL 35216
(P) 205 326-6600
Fax (205) 324-7097
pdemarco@pljpc.com
*Attorney for Debtor*

Office of Bankruptcy Administrator
1800 Fifth Avenue North
Birmingham, AL 35203
Jon_dudeck@alnba.uscourts.gov

Rachel L. Webber
Assistant U.S. Bankruptcy Administrator
2005 Univ. Blvd. Room 1300
Tuscaloosa, AL 35401
Rachel_Webber@alnba.uscourts.gov

Done this 3rd day of July, 2023.

/S/ Jonathan W. Cooner

bel Matrix for local noticing
26-2
se 23-00656-DSC11
RTHERN DISTRICT OF ALABAMA
rmingham
n Jul  3 11:26:24 CDT 2023

mit Investment Group
70 Montevallo Road SW
irmingham, AL 35211-4426

ALABAMA POWER COMPANY
600 NORTH 18TH STREET
BIRMINGHAM, AL 35203-2200

Auburn Bank
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

FallBrook MHP, LLC
Attn: Brad Dunn
26895Aliso Creek Road
B876
Aliso Viejo, CA 92656-5301

Fallbrook MHP, LLC
c/o Cloud Willis & Ellis, LLC
PO Box 7308
Mobile, AL 36670-0308

irst Horizon Bank
65 Madison Ave
emphis, TN 38103-2725

Hendon & Huckestein Architects, PC
Attn: Erik N. Hendon
2126 Morris Avenue
Birmingham, AL 35203-4210

Hugo Slevin & Michael O'Reilly
c/o Wallace, Jordan, Ratliff & Brandt
800 Shades Creek Parkway, Suite 400
Attn: Gary W. Lee
Birmingham, AL 35209-4518

J.I.L. Enterprises, Inc.
Attn: Charles Warren
1836 Polo Court
Hoover, AL 35226-3363

JDW Properties II, LLC
Leitman Siegal & Payne PC
1927 1st Avenue North, Suite 101
Birmingham, AL 35203-4050

Kemco Facilities Services, LLC
5750 Bell Circle
Montgomery, AL 36116-4132

Markou Revocable Trust
C/O Darby Law Firm LLC
PO Box 3905
Montgomery, Al 36109-0905

PNC Bank, National Association
c/o Jayna Lamar
Maynard Cooper & Gale, P.C.
1901 6th Ave N, Suite1700
Birmingham, AL 35203-2629

PeoplesSouth Bank
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Popeyes Louisiana Kitchen, Inc.
c//o Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203-3284

Premier Cajun Kings, LLC
7078 Peachtree Industrial Blvd #800
Peachtree Corners, GA 30071-1068

River Bank & Trust
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

AT and T
PO Box 5076
Carol Stream  IL 60197-5076

Alabama Dept of Trans SE REG
PO Box Office 8008
Montgomery  AL 36110-0008

Alabama Lawn Masters
PO Box 1648
Huntsville  AL 35807-0648

Alabama Power
PO Box 242
Birmingham  AL 35292-0001

Amanda Scott CPA Morgan County
Revenue Commissioner
PO Box 696
Decatur  AL 35602-0696

Andalusia Utilities
PO Box 790
Andalusia  AL 36420-1215

AuburnBank
100 N. Gay Street
Auburn, AL 36830-4814

BB and T PCK Credit Cards
Attn John Saylor
3201 Beechleaf Court 4th Floor
Raleigh  NC 27604-0014

BB and T PKGA Credit Card
Attn John Saylor
3201 Beechleaf Court 4th Floor
Raleigh  NC 27604-0014

BB and T PKI Credit Cards
Attn John Saylor
3201 Beechleaf Court 4th Floor
Raleigh  NC 27604-0014

BB and T Vantage
Attn John Saylor
3201 Beechleaf Court 4th Floor
Raleigh  NC 27604-0014

| | | |
|---|---|---|
| CO Investments LLC<br>Attn Berj Barsoum<br>Sandrick Road<br>Belmont MA 02478-4628 | Best Beverage Service<br>7560 Owl Creek Drive<br>Douglasville GA 30134-1001 | Billy Hammock Rev Commissioner<br>200 S Court St<br>Florence AL 35630-5642 |
| Birmingham Lock and Safe Inc<br>PO Box 611315<br>Birmingham AL 35261-1315 | Brendle Inc Fire and Safety Equipt<br>433 N Decatur St<br>PO Box 1868<br>Montgomery AL 36102-1868 | Brinks Incorporated<br>PO Box 101031<br>Atlanta GA 30392-1031 |
| CBRE Inc Valuation and<br>Advisory Serv<br>PO Box 281620<br>Atlanta GA 30384-1620 | CDI Customized Distribution<br>PO Box 87618<br>Chicago IL 60680-0618 | Charter<br>PO Box 94188<br>Palatine IL 60094-4188 |
| Charter Communications Brighthouse<br>PO Box 7195<br>Pasadena CA 91109-7195 | City of Fayetteville Property<br>Tax Office<br>110 Elk Ave S<br>Fayetteville TN 37334-3070 | City of Jasper Revenue Dept<br>PO Box 1669<br>Jasper AL 35502-1669 |
| Coca Cola North America<br>PO Box 102703<br>Atlanta GA 30368-2703 | Colonial Life<br>PO Box 903<br>Columbia SC 29202-0903 | DTiQ ACH<br>PO Box 269078<br>Oklahoma City OK 73126-9078 |
| Dekalb Cherokee Counties<br>Gas District<br>1405 Gault Ave S<br>Fort Payne AL 35967-4837 | Department of Labor<br>649 Monroe St<br>Montgomery AL 36131-0099 | Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35203 |
| Desired Temp Service<br>Contractors Inc<br>PO Box 268<br>Bessemer AL 35021-0268 | Diaz Brothers Plumbing Services LLC<br>5361 Rockwood Court<br>Stone Mountain GA 30087-3747 | Dixie Electric Cooperative<br>PO Box 2153<br>Birmingham AL 35287-0002 |
| Domit Investment Group LLC<br>Raymond MiltonCo Rep Mari Watkins<br>Property Mgr 104 Oxmoor Rd Ste 144<br>Birmingham AL 35209-5937 | Don Armstrong Property Tax Comm<br>PO Box 1298<br>Columbiana AL 35051-1298 | Dynamic Media ACH<br>38283 Mound Road<br>Sterling Heights MI 48310-3466 |
| Ecolab Inc<br>PO Box 32027<br>New York NY 10087-2027 | Ecolab Pest Elimination<br>26252 Network Place<br>Chicago IL 60673-1262 | Eric Burks Asst Tax Collector<br>PO Box 1190<br>Bessemer AL 35021-1190 |
| FC Enterprises<br>2199 Glenmore Lane<br>Snellville GA 30078-5611 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | FallBrook MHP LLC<br>Attn Brad Dunn<br>26895 Aliso Creek Road B876<br>Aliso Viejo CA 92656-5301 |

| | | |
|---|---|---|
| yetteville Public Utilities<br>Box 120<br>yetteville TN 37334-0120 | Floors Taylor Made<br>PO Box 1411<br>Killen AL 35645-1411 | Forsyth County Tax Commissioner<br>1092 Tribble Gap Rd<br>Cumming GA 30040-2236 |
| ort Payne Improvement Authority<br>Box 680617<br>ort Payne AL 35968-1607 | Fort Payne Water Works Board<br>153 20th Street NE<br>Fort Payne AL 35967-3523 | Franke Foodservice Supply Inc<br>8007 Innovation Way<br>Chicago IL 60682-0080 |
| ARS Incorporated<br>Industrial Pkwy<br>rayson GA 30017 | Glenda Bowers Reed<br>Attn Robby Reed<br>1606 Glenn Blvd SW<br>Fort Payne AL 35968-3522 | Guardian<br>PO Box 677458<br>Dallas TX 75267-7458 |
| H&K International<br>PO Box 180729<br>Dallas TX 75218-0729 | HRGEMS Inc<br>PO Box 110550<br>Naples FL 34108-0110 | Headley Plumbing Co Inc<br>5520 Main Street<br>Millbrook AL 36054-1820 |
| Hendon and Huckestein<br>Architects PC<br>2126 Morris Avenue<br>Birmingham AL 35203-4210 | Hugo Slevin and Michael OReilly<br>711 Grand Ave<br>Suite 265<br>San Rafael CA 94901-3511 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J.I.L. Enterprises, Inc.<br>505 20TH ST NORTH, SUITE 1800 FINANCIAL<br>SUITE 1800 FINANCIAL CTR<br>BIRMINGHAM, AL 35203-4633 | J.I.L. Enterprisses, Inc.<br>505 20TH ST NORTH, SUITE 1800 FINANCIAL<br>SUITE 1800 FINANCIAL CTR<br>BIRMINGHAM, AL 35203-4633 |
| JDW Properties II LLC<br>Attn James Wadsworth<br>311 LeJeune Way<br>Homewood AL 35209-4146 | JP Premier Enterprises LLC<br>Estate of Manraj S Sidhu co R Ritchey<br>PO Drawer 4540<br>Montgomery AL 36103-4540 | JT Smallwood Tax Collector<br>716 Richard Arrington JR Blvd N<br>Room 160 Courthouse<br>Birmingham AL 35203-0133 |
| Janet Buskey<br>PO Box 4720<br>Montgomery AL 36103-4720 | Jeff Arnold Jackson Co Revenue<br>PO Box 307<br>Scottsboro AL 35768-0307 | Jerry Guthrie Walker Co Rev Comm<br>1803 3rd Ave<br>Suite 102<br>Jasper AL 35501-5367 |
| Kelly Pettus<br>2994 Underwood Ferry Rd<br>Cordova, AL 35550-5507 | Kellys Foods Inc ACH<br>650 Carter Rd<br>Winter Garden FL 34787-4100 | Kenneth Crowe St Clair<br>Revenue Commissioner<br>1815 Cogswell Ave Suite 205<br>Pell City AL 35125-1643 |
| Leeds Water Works Board<br>PO Box 100<br>Leeds AL 35094-0002 | Lisa Moore<br>Hall & Tucker, LLC<br>1616 3rd Ave N<br>Bessemer, AL 35020-5709 | MPE Services LLC<br>7787 Highway 75<br>Pinson AL 35126-2982 |

| | | |
|---|---|---|
| ...rkou Revocable Trust<br>...201 Madison Ave<br>...rrieta CA 92562-8954 | Marshall DeKalb Electric Cooperative<br>PO Box 724<br>10025 Hwy 168<br>Boaz AL 35957-0724 | Mary Ann Ellison Geneva Co<br>Revenue Commissioner<br>PO Box 326<br>Geneva AL 36340-0326 |
| ...ary Jane Porter Lincoln Co Trustee<br>...12 Main Ave S<br>...oom 103<br>...ayetteville TN 37334-3032 | Michael Johnson Marshall Co<br>Revenue Commissioner<br>424 Blount Ave Suite 124<br>Guntersville AL 35976-1122 | Montgomery Water Works<br>and Sanitary Board<br>PO Box 830692<br>Birmingham AL 35283-0692 |
| ...ational Tax Credit<br>...076 Paysphere Circle<br>...hicago IL 60674-4076 | Neptune Flood Incorporated<br>PO Box 120562<br>Dept 0562<br>Dallas TX 75312-0562 | NuCO2<br>PO Box 417902<br>Boston MA 02241-7902 |
| Outdoor Link<br>3058 Leeman Ferry Road<br>Huntsville AL 35801-6521 | PNC Bank<br>Attn Becca Purcell<br>340 Madison Avenue<br>New York NY 10173-1903 | Parsons Lee and Juliano PC<br>Post Office Box 661228<br>Birmingham AL 35266-1228 |
| PeoplesSouth Bank<br>701 N. Westover Blvd.<br>Albany, GA 31707-1401 | Popeyes<br>Attn Robin Schafer<br>5707 Blue Lagoon Drive<br>Miami FL 33126-2015 | Popeyes Louisiana Kitchen<br>as sublessor Attn Robin Schafer<br>5707 Blue Lagoon Drive<br>Miami FL 33126-2015 |
| Premier Holding LLC<br>Estate of Manraj S Sidhu<br>co R Ritchey PO Drawer 4540<br>Montgomery AL 36103 | Premier Holdings LLC<br>Estate of Manraj S Sidhu<br>co R Ritchey PO Drawer 4540<br>Montgomery AL 36103 | Premier Holdings of Georgia LLC<br>Estate of M Sidhu co R Ritchey<br>7078 Peachtree Ind Blvd Ste 800<br>Peachtree Corners GA 30071-1068 |
| Premier Kings Holdings of Alabama LLC<br>Estate of M Sidhu co R Ritchey<br>PO Drawer 4540<br>Montgomery AL 36103-4540 | Premier Kings Inc<br>David M Baker CRO co Aurora<br>1201 Peachtree St Ste 1570<br>Atlanta GA 30361-3514 | Premier Kings of Georgia Inc<br>David M Baker CRO co Aurora<br>1201 Peachtree St Ste 1570<br>Atlanta GA 30361-3514 |
| Premier Kings of North Alabama LLC<br>David M Baker CRO co Aurora<br>1201 Peachtree St Ste 1570<br>Atlanta GA 30361-3514 | Premium Stationers Inc<br>13841 Roswell Ave<br>Suite J<br>Chino CA 91710-5467 | Pro Kitchen<br>1201 Rosewood Drive<br>Columbia SC 29201-4703 |
| Purified Air Services Inc<br>280 Old Clay Street<br>Marietta GA 30060-2248 | RF Technologies Inc<br>PO Box 142<br>Bethalto IL 62010-0142 | River Bank & Trust<br>P.O. Box 240938<br>Montgomery, AL 36124-0938 |
| Rodney Pettus License Commissioner<br>PO Box 1059<br>Florence AL 35631-1059 | Santa Cruz Land and Cattle<br>Company Inc Attn Bill Anderson Treas<br>PO Box 466<br>Santa Cruz CA 95061-0466 | Sawnee EMC<br>PO Box 2252<br>Birmingham AL 35246-1204 |

| | | |
|---|---|---|
| ana Energy<br>Box 100157<br>lumbia SC 29202-3157 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shoals MPE Services LLC<br>3311 County Road 47<br>Florence AL 35630-8933 |
| Sicom Systems Inc<br>PO Box 930157<br>Atlanta GA 31193-0157 | Spire<br>PO Box 2224<br>Birmingham AL 35246-0022 | (p)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 |
| Steritech<br>PO Box 14095<br>Reading PA 19612 | Thomas Lee Macon IV Elmore Co<br>Revenue Commissioner<br>PO Box 1147<br>Wetumpka AL 36092-0020 | Tierce Industrial Services<br>PO Box 680780<br>Prattville AL 36068-0780 |
| Trimax Properties LLC<br>Attn Rhodes Russler<br>122 Appleton Lane<br>Madison AL 35756-4161 | Tuskegee UBT Cooperative District<br>Attn Lawrence Haygood Jr<br>101 Fonville Street<br>Tuskegee AL 36083-2021 | Tuskegee-UBT Cooperative District<br>101 Fonville Street<br>Tuskegee, AL 36083-2021 |
| U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 | United Healthcare<br>4316 Rice Lake Road<br>Duluth MN 55811-2950 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 |
| Valerie Miles Madison Co<br>Tax Collector<br>1918 N Memorial Parkway<br>Huntsville AL 35801-5938 | Verifone ACH<br>300 South Park Place Blvd<br>Clearwater FL 33759-4932 | Viking Cloud Inc<br>Dept Ch 17101<br>Palatine IL 60055-7101 |
| Waste Management<br>PO BOX 42930<br>Phoenix, AZ 85080-2930 | Waste Pro Atlanta<br>PO Box 947245<br>Atlanta GA 30394-7245 | Cleveland Smith Jr.<br>730 82nd Place South<br>Birmingham, AL 35206-3415 |
| Courtney K. Stone<br>Holland & Knight LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 | Eric T Ray<br>Holland & Knight LLP<br>1901 Sixth Ave N, Suite 1400<br>Birmingham, AL 35203-4605 | Gary H. Leibowitz<br>Cole Schotz P.C.<br>300 E. Lombard Street<br>Suite 1111<br>Baltimore, MD 21202-3232 |
| Harry Conrad Jones III<br>Cole Schotz P.C.<br>300 E. Lombard Street<br>Suite 1111<br>Baltimore, MD 21202-3232 | Irving Edward Walker<br>Cole Schotz PC<br>300 East Lombard Street, Suite 1111<br>Suite 1111<br>Baltimore, MD 21202-3232 | Jesse S Vogtle Jr<br>Holland & Knight LLP<br>1901 Sixth Ave N, Suite 1400<br>Birmingham, AL 35203-4605 |
| | Morgan J Allred | Rachel L. Webber |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ORD MOTOR CREDIT COMPANY, LLC<br>OST OFFICE BOX 62180<br>OLORADO SPRINGS CO 80962 | IPFS Corporation<br>PO Box 730223<br>Dallas TX 75373 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AIM Associates Capital Group, LLC | (u)FORD MOTOR CREDIT COMPANY, LLC. | (u)Official Committee of Unsecured Creditors |
| (u)PNC Bank, N. A. | (u)Popeye's | (u)Renasant Bank |
| (u)Santa Cruz Land and Cattle Company | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (d)J I L Enterprises Inc<br>Attn Charles Warren<br>1836 Polo Court<br>Hoover AL 35226-3363 |
| (d)Kemco Facilities Services LLC<br>5750 Bell Circle<br>Montgomery AL 36116-4132 | End of Label Matrix<br>Mailable recipients 149<br>Bypassed recipients 10<br>Total 159 | |