United States Bankruptcy Court
Northern District of Alabama

In re:          Case No. 23-00656-DSC
Premier Cajun Kings, LLC         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: admin      Page 1 of 3
Date Rcvd: Jul 12, 2023      Form ID: pdfsty      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Premier Cajun Kings, LLC, 7078 Peachtree Industrial Blvd #800, Peachtree Corners, GA 30071-1068 |
| aty | + | Courtney K. Stone, Holland & Knight LLP, 511 Union Street, Suite 2700, Nashville, TN 37219-1791 |
| cr | + | Cleveland Smith, Jr., 730 82nd Place South, Birmingham, AL 35206-3415 |
| cr | | Domit Investment Group, 2070 Montevallo Road SW, Birmingham, AL 35211-4426 |
| crcm | + | FallBrook MHP, LLC, Attn: Brad Dunn, 26895Aliso Creek Road, B876, Aliso Viejo, CA 92656-5301 |
| cr | + | Fallbrook MHP, LLC, c/o Cloud Willis & Ellis, LLC, PO Box 7308, Mobile, AL 36670-0308 |
| crcm | + | Hendon & Huckestein Architects, PC, Attn: Erik N. Hendon, 2126 Morris Avenue, Birmingham, AL 35203-4210 |
| cr | + | Hugo Slevin & Michael O'Reilly, c/o Wallace, Jordan, Ratliff & Brandt, 800 Shades Creek Parkway, Suite 400, Attn: Gary W. Lee, Birmingham, AL 35209-4518 |
| crcm | + | J.I.L. Enterprises, Inc., Attn: Charles Warren, 1836 Polo Court, Hoover, AL 35226-3363 |
| cr | + | JDW Properties II, LLC, Leitman Siegal & Payne PC, 1927 1st Avenue North, Suite 101, Birmingham, AL 35203-4050 |
| intp | + | Kemco Facilities Services, LLC, 5750 Bell Circle, Montgomery, AL 36116-4132 |
| cr | + | Markou Revocable Trust, C/O Darby Law Firm LLC, PO Box 3905, Montgomery, Al 36109-0905 |
| intp | + | PNC Bank, National Association, c/o Jayna Lamar, Maynard Cooper & Gale, P.C., 1901 6th Ave N, Suite1700, Birmingham, AL 35203-2629 |
| intp | + | Popeyes Louisiana Kitchen, Inc., c//o Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203-3284 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_southern@alnba.uscourts.gov | Jul 13 2023 00:09:00 | Thomas Corbett, BA Birmingham, 1800 5th Avenue North, Birmingham, AL 35203-2111 |
| intp | + | Email/Text: G2APCBANK@southernco.com | Jul 13 2023 00:09:00 | ALABAMA POWER COMPANY, 600 NORTH 18TH STREET, BIRMINGHAM, AL 35203-2200 |
| intp | | Email/Text: bkrp@parnellsoutheast.com | Jul 13 2023 00:08:00 | Auburn Bank, c/o Parnell & Parnell, P.A., P.O. Box 2189, Montgomery, AL 36102-2189 |
| cr | + | Email/Text: kxcolbankruptcy@firsthorizon.com | Jul 13 2023 00:09:00 | First Horizon Bank, 165 Madison Ave, Memphis, TN 38103-2725 |
| intp | | Email/Text: bkrp@parnellsoutheast.com | Jul 13 2023 00:08:00 | PeoplesSouth Bank, c/o Parnell & Parnell, P.A., P.O. Box 2189, Montgomery, AL 36102-2189 |
| intp | + | Email/Text: bkrp@parnellsoutheast.com | Jul 13 2023 00:08:00 | River Bank & Trust, c/o Parnell & Parnell, P.A., P.O. Box 2189, Montgomery, AL 36102-2189 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony B Bush | on behalf of Interested Party Kemco Facilities Services LLC abush@bushlegalfirm.com, jason@bushlegalfirm.com |
| Bill D Bensinger | on behalf of Creditor Committee Official Committee of Unsecured Creditors bdbensinger@csattorneys.com bill-bensinger-5829@ecf.pacerpro.com |
| Brian R Walding | on behalf of Interested Party AIM Associates Capital Group LLC bwalding@waldinglaw.com, dbyrd@waldinglaw.com;bnichols@waldinglaw.com;lbos@waldinglaw.com |
| Catherine Via | on behalf of Interested Party Popeyes Louisiana Kitchen Inc. cturner@burr.com, mgunnells@burr.com |
| Charles N Parnell | on behalf of Interested Party PeoplesSouth Bank bkrp@parnellsoutheast.com |
| Charles N Parnell | on behalf of Interested Party River Bank & Trust bkrp@parnellsoutheast.com |
| Charles N Parnell | on behalf of Interested Party Auburn Bank bkrp@parnellsoutheast.com |
| Daniel D Sparks | on behalf of Creditor Committee Official Committee of Unsecured Creditors ddsparks@csattorneys.com dan-sparks-9722@ecf.pacerpro.com |
| Danielle Elysees Douglas | on behalf of Creditor First Horizon Bank danielle.douglas@arlaw.com |
| Derek F Meek | on behalf of Interested Party Popeyes Louisiana Kitchen Inc. dmeek@burr.com, mgunnells@burr.com |
| Derek F Meek | on behalf of Interested Party Popeye's dmeek@burr.com mgunnells@burr.com |
| E.B. Harrison Willis | on behalf of Creditor Fallbrook MHP LLC ebhw@yahoo.com, hwillis@cloudwillis.com |
| Eric T Ray | on behalf of Debtor Premier Cajun Kings LLC etray@hklaw.com, brooke.freeman@hklaw.com |
| Frederick Darrell Clarke, III | on behalf of Creditor Domit Investment Group fclarke@rumberger.com ldowner@rumberger.com;Docketingorlando@rumberger.com |
| Gabriel J. Quistorff | on behalf of Interested Party Renasant Bank gquistorff@balch.com kskelton@balch.com |
| Gary H. Leibowitz | on behalf of Debtor Premier Cajun Kings LLC gleibowitz@coleschotz.com |
| Gary Wilson Lee | on behalf of Creditor Hugo Slevin & Michael O'Reilly gwlee@wallacejordan.com badams@wallacejordan.com;aanderson@wallacejordan.com |
| Harry Conrad Jones, III | on behalf of Debtor Premier Cajun Kings LLC hjones@coleschotz.com |

Iain A. Macdonald

    on behalf of Creditor Santa Cruz Land and Cattle Company imac@macfern.com 6824376420@filings.docketbird.com

Irving Edward Walker

    on behalf of Debtor Premier Cajun Kings LLC iwalker@coleschotz.com

Jayna Partain Lamar

    on behalf of Interested Party PNC Bank National Association jlamar@maynardnexsen.com, prudloff@maynardnexsen.com

Jeremy L Retherford

    on behalf of Interested Party ALABAMA POWER COMPANY jretherford@balch.com kskelton@balch.com

Jeremy L Retherford

    on behalf of Interested Party Renasant Bank jretherford@balch.com kskelton@balch.com

Jesse S Vogtle, Jr

    on behalf of Debtor Premier Cajun Kings LLC jesse.vogtle@hklaw.com, brooke.freeman@hklaw.com

Jim H Wilson

    on behalf of Creditor JDW Properties II LLC jwilson@lsppc.com

John E. Lucian

    on behalf of Interested Party PNC Bank National Association john.lucian@blankrome.com

John E. Lucian

    on behalf of Interested Party PNC Bank N. A. john.lucian@blankrome.com

Jon A Dudeck

    jon_dudeck@alnba.uscourts.gov courtmailbir7@alnba.uscourts.gov

Jonathan W. Cooner

    on behalf of Creditor Cleveland Smith Jr. jcooner@asilpc.com

Kathryn Grafton

    on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC. noticesnd@chambless-math.com

Larry Darby

    on behalf of Creditor Markou Revocable Trust Bankruptcy@AlabamaEvictions.com

Morgan L Allred

    on behalf of Debtor Premier Cajun Kings LLC morgan.allred@hklaw.com, brooke.freeman@hklaw.com

Paul J. Battista

    on behalf of Interested Party Popeye's pjbattista@venable.com

Rachel L. Webber

    rachel_webber@alnba.uscourts.gov
    dana_gilliam@alnba.uscourts.gov,Robin_G_Smith@alnba.uscourts.gov,courtmailtus@alnba.uscourts.gov

Regina Stango Kelbon

    on behalf of Interested Party PNC Bank National Association regina.kelbon@blankrome.com

Robert A Yarbro

    on behalf of Creditor Committee Official Committee of Unsecured Creditors rayarbro@csattorneys.com

Robert H Adams

    on behalf of Creditor Domit Investment Group radams@rumberger.com
    docketingorlando@rumberger.com;radamssecy@rumberger.com;bchandler@rumberger.com

Thomas R. Lehman

    on behalf of Interested Party AIM Associates Capital Group LLC trl@lklsg.com

Wesley Ryan Bulgarella

    on behalf of Interested Party PNC Bank National Association wbulgarella@maynardcooper.com,
    wbulgarella@maynardcooper.com

TOTAL: 39

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 23-00656 |
| PREMIER CAJUN KINGS, LLC, | § § | CHAPTER 11 |
| DEBTOR. | § § | |

**CONSENT ORDER GRANTING MOTION FOR RELIEF
FROM STAY FILED BY FIRST HORIZON BANK**

First Horizon Bank filed a motion or relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on real property located at 5478 Highway 280, Harpersville, AL 35078, and on all of the furniture, fixtures, and equipment located at the Popeyes restaurant, which Debtor has abandoned.

First Horizon also sought relief from the stay to enforce its liens on certain real property owned or leased by related Premier entities. Specifically, First Horizon sought relief to enforce its liens on real property located at 5482 Highway 280, Harpersville, AL 35078; 7304 GA Hwy 21, Port Wentworth, GA 31407; 4010 Atlanta Hwy, Montgomery, AL 36109; and 13200 W Cleveland St., Nahunta, GA 31553, and on all of the furniture, fixtures, and equipment located at all of the aforementioned locations except the Montgomery, Alabama location, on which First Horizon holds a lien on the real property only.

After notice, the parties have reached an agreement that the motion for relief from stay can be granted. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the Motion (doc. 232) is GRANTED, and the stay is hereby terminated to allow First Horizon Bank to enforce its liens on the property described in the motion.

Dated: July 12, 2023

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge

**This order prepared by:**
Danielle E. Douglas
Attorney for First Horizon Bank
Adams and Reese LLP
1901 Sixth Ave. N. Suite 1110
Birmingham, AL 35203
(205) 250-2054
danielle.douglas@arlaw.com

**This order consented to by:**
Jesse S. Vogtle
Attorney for Premier Cajun Kings, LLC, Debtor
Holland & Knight LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, Alabama 35203
(205) 226-5731
jesse.vogtle@hklaw.com

Danielle E. Douglas
Attorney for First Horizon Bank
Adams and Reese LLP
1901 Sixth Ave. N. Suite 1110
Birmingham, AL 35203
(205) 250-5024
danielle.douglas@arlaw.com